■ FRANK L. CIMINELLI CONSTRUCTION CO., INC., Appellant, v CITY OF BUFFALO, Defendant, and HAMILTON, HOUSTON, LOWNIE ARCHITECTS, P. C., et al., Respondents. CLARENCE MATERIALS CORP., Doing Business as CLARENCE REDI-MIX CONCRETE, Third-Party Plaintiff-Respondent, v W. R. GRACE & COMPANY et al., Third-Party Defendants-Respondents. (And Another Third-

Party Action.) (Appeal No. 2.)

Present — Hancock, Jr., J. P., Callahan, Doerr, Denman and O'Donnell, JJ.